**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7158**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SHAPAT AHDAWAN NABAYA,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:17-cr-00003-MHL-1)

Submitted:  October 28, 2021                           Decided:  November 23, 2021

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Shapat Ahdawan Nabaya, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shapat Ahdawan Nabaya seeks to appeal the district court's order denying 12 motions in his ongoing 28 U.S.C. § 2255 proceeding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Nabaya seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Nabaya's motions to correct his sentence and for immediate release, and we dismiss the appeal for lack of jurisdiction. We also deny Nabaya's motion and supplemental motion to amend his certificate of interested persons. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*